DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

————————————————

RODNEY TROY WAMBLES,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D20-138

————————————————

September 15, 2021

Appeal from the Circuit Court for Hillsborough County; Melissa M. Polo, Judge.

Howard L. Dimmig, II, Public Defender, and Lee Adam Cohen, Special Assistant Public Defender, Bartow, for Appellant.

Ashley Moody, Attorney General, Tallahassee, and Lindsay D. Turner, Assistant Attorney General, Tampa, for Appellee.

PER CURIAM.

Affirmed.

NORTHCUTT, CASANUEVA, and LABRIT, JJ., Concur.

————————————————

Opinion subject to revision prior to official publication.